```
                        UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY
```

Plaintiff(s)                        :         Civil Action No. 3:10- cv-00276

CHURCH & DWIGHT, Co., Inc., a
Delaware Corporation,               :


        v.                          :

SPD SWISS PRECISION DIAGNOSTICS
GMBH, a Switzerland Corporation,    :

Defendant (s)                       :


**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

    Request is hereby made by local counsel for *pro hac* vice counsel to receive electronic notification in the within matter, and it is represented that:

    1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

    2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has</u> <u>been paid</u> to the Clerk of the Court.


                                        /s/ John P. Barry
                                        Signature of Local Counsel
                                        John P. Barry, Esq.


PRO HAC VICE ATTORNEY INFORMATION:

Name:        ___Phillip J. Caraballo-Garrison, Esq._____

Address: _____Proskauer Rose, LLP, 1585 Broadway, New York, New York 10036
_____

e-Mail:  pcaraballo-garrison@proskauer.com_____

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of
2. Click on **Notices.**
3. Select the event, **Notice of Pro Hac Vice to Receive NEF.**
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.