

# COBLENTZ, PATCH, DUFFY & BASS LLP ATTORNEYS AT LAW

One Ferry Building, Suite 200  
San Francisco, California  
94111-4213

main: 415.391.4800  
fax: 415.989.1663  
web: www.coblentzlaw.com

Jeffrey G. Knowles  
Direct:  415.772.5795  
Email:  jgk@coblentzlaw.com

September 9, 2010

RECEIVED  
SEP 10 2010  
AT 8:30____M  
WILLIAM T. WALSH  
CLERK

**VIA FACSIMILE (609) 989-0435**

Honorable Tonianne J. Bongiovanni  
United States Magistrate Judge  
Clarkson S. Fisher Building & Courthouse  
402 East State Street, Room 2020  
Trenton, New Jersey 08608

Re:   *SPD Swiss Precision Diagnostics GmbH v. Church & Dwight Co., Inc.*  
      Civil Action No. 09-01802 (FLW)(TJB)  
      *Church & Dwight Co., Inc. v. SPD Swiss Precision Diagnostics GmbH*  
      Civil Action No. 10-0276 (FLW)(TJB)

Dear Judge Bongiovanni,

In accordance with Church & Dwight Co., Inc.'s and SPD Swiss Precision Diagnostics GmbH's ("the Parties") submission to the Court on August 16, 2010, and the Parties' telephonic conference with the Court on August 26, 2010, the Parties jointly request that the Court extend the close of fact discovery by four months, to January 10, 2011. We thank you for your time and attention to this matter.

Respectfully submitted,

Jeffrey G. Knowles

So Ordered this __9th__ day of __September__, 20__10__

cc:   Church & Dwight, Inc., Counsel of Record (via email)  
      David DeLorenzi, Esq. (via email)  
      Andrew Grodin, Esq. (via email)

13277.001.1543112v1