

**COBLENTZ, PATCH, DUFFY & BASS LLP** ATTORNEYS AT LAW

One Ferry Building . Suite 200  main: 415.391.4800
San Francisco, California       fax:  415.989.1663
94111-4213                      web:  www.coblentzlaw.com

February 2, 2011

**VIA FACSIMILE (609) 989-0435**

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

RECEIVED FEB - 4 2011 AT 8:30 WILLIAM T. WALSH CLERK

Re: **SPD Swiss Precision Diagnostics GmbH v. Church & Dwight Co., Inc., et al.**; Case Nos.: 09-01802; 10-00276; 10-00453 (FLW)(TJB)

Dear Judge Bongiovanni,

We write to confirm that the Court set a further Status Conference in the above-referenced matter for March 10, 2011 at 2:00 p.m. EDT, and directed the parties to provide to the Court by no later than March 4 a letter summarizing any discovery issues they would like the Court to address at that time. Counsel for SPD will initiate the call on March 10.

Very truly yours,

Jonathan M. Eldan/cyf

Jonathan M. Eldan

JME:cyf

cc: Church & Dwight, Inc., Counsel of Record (via email)
    David DeLorenzi, Esq. (via email)
    Carrie Longstaff, Esq. (via email)

So Ordered this 3 day of February, 2011

13277.001.1660046v1