

# COBLENTZ, PATCH, DUFFY & BASS LLP ATTORNEYS AT LAW

One Ferry Building . Suite 200　main: 415.391.4800
San Francisco, California　　　fax: 415.989.1663
94111-4213　　　　　　　　web: www.coblentzlaw.com

Jonathan M. Eldan
Direct: 415.772.5702
Email: jeldan@coblentzlaw.com

**RECEIVED**

March 10, 2011

MAR 1 1 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

<u>**VIA FACSIMILE (609) 989-0435**</u>

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

    Re:  **<u>SPD Swiss Precision Diagnostics GmbH v. Church & Dwight Co., Inc., et al.</u>**; Case Nos.: 09-01802; 10-00276; 10-00453 (FLW)(TJB)

Dear Judge Bongiovanni,

    We write to confirm that at today's Status Conference, at which counsel for both parties appeared by phone, the Court extended through July 31, 2011 the deadline for non-expert fact discovery in the above-referenced consolidated cases, and also set a further Status Conference for Tuesday, June 21, 2011 at 10:00 a.m. EDT.

Very truly yours,

Jonathan M. Eldan

JME:cyf

cc:  Church & Dwight, Inc., Counsel of Record (via email)
     David DeLorenzi, Esq. (via email)
     Carrie Longstaff, Esq. (via email)

So Ordered this _10_ day of _March_, 20_11_

**ORDER ON ORAL MOTION**

13277.001.1696515v1