

CARRIE A. LONGSTAFF
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct (973) 596-4629 Fax: (973) 639-8379
clongstaff@gibbonslaw.com

April 15, 2010

VIA FACSIMILE

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED
APR 1 8 2011
AT 8:30_____
WILLIAM T WALSH
CLERK

Re:   **Church & Dwight Co., Inc. v. Swiss Precision Diagnostics GmbH**
      **Civil Action Nos.: 09-cv-1802 (FLW)(TJB); 10-cv-276 (FLW)(TJB);**
      **and 10-cv-453 (FLW)(TJB)**

Your Honor:

On behalf of Swiss Precision Diagnostics GmbH, I write to respectfully withdraw the *pro hac vice* application of Jonathan M. Eldan, Esq., which was granted on April 27, 2009 in Civil Action No. 09-cv-1802 (D.E. 27); on March 18, 2010 in Civil Action 10-cv-276 (D.E. 10); and on May 25, 2010 in Civil Action 10-cv-453 (D.E. 23).

We thank the Court for its consideration of this request. Should the Court have any questions or concerns, we remain available at Your Honor's convenience.

Respectfully submitted,

Carrie A. Longstaff

cc: Counsel of Record (via email)

So Ordered this _____ day
of _____, 20__